1  CARLETON L. BRIGGS, SBN 117361
   Law Offices of Carleton L. Briggs
2  740 Fourth Street, Suite 202
   Santa Rosa, CA 95404-4421
3  Telephone: (707) 523-2251
   Facsimile: (707) 523-2253
4  E-mail: clbriggs@sonic.net

5  Attorneys for Plaintiff
   George Barich
6

7

8                  UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10

11 | **GEORGE BARICH**, | Case No. 3:15-cv-00350-VC |

12 | Plaintiff, | **STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** |

13 | vs. | |

14 | **CITY OF COTATI**, and **MICHAEL PARISH**, | |

15 | Defendants. | |

16

17

18       Counsel report that they have met and conferred regarding ADR and have reached

19 the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

20 The parties agree to participate in the following ADR process:

21       **Court Processes:**

22       ☐     Non-binding Arbitration (ADR L.R. 4)

23       X     Early Neutral Evaluation (ENE) (ADR L.R. 5)

24       ☐     Mediation (ADR L.R. 6)

25 *(Note: Parties who believe that an early settlement conference with a Magistrate Judge is*

26 *appreciably more likely to meet their needs than any other form of ADR must participate*

27 *in an ADR phone conference and may not file this form. They must instead file a Notice*

28
                                      1
             Stipulation and [Proposed] Order Selecting ADR Process

of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)

**Private Process:**

☐   Private ADR (*please identify process and provider*)

_____

_____

The parties agree to hold the ADR session by:

X   the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

☐   other requested deadline

_____

Dated: July 28, 2015                                    Law Offices of Carleton L. Briggs


                                                        By /s/ Carleton L. Briggs
                                                             CARLETON L. BRIGGS

                                                        Attorneys for Plaintiff
                                                        GEORGE BARICH


Dated: July 28, 2015                                    GEARY, SHEA, O'DONNELL,
                                                        GRATTAN & MITCHELL, P.C.


                                                        By /s/ Robert W. Henkels
                                                             ROBERT W. HENKELS

                                                        Attorneys for Defendants
                                                        CITY OF COTATI and MICHAEL
                                                        PARISH


CONTINUE TO FOLLOWING PAGE

# [~~PROPOSED~~] ORDER

☒  The parties' stipulation is adopted and IT IS SO ORDERED.

☐  The parties' stipulation is modified as follows, and IT IS SO ORDERED.

Dated: July 31, 2015

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

*IT IS SO ORDERED*
*Judge Vince Chhabria*