UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE EDWARD BARICH,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF COTATI, et al.,<br><br>    Defendants. | Case No. 15-cv-00350-VC<br><br>**ORDER GRANTING MOTION FOR RELIEF FROM BRIEFING SCHEDULE**<br><br>Re: Dkt. No. 37 |

Defendants' motion for relief from the briefing schedule is granted. The Court will consider Defendants' cross-motion for summary judgment.

**IT IS SO ORDERED.**

Dated: October 8, 2015

VINCE CHHABRIA
United States District Judge