UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GEORGE EDWARD BARICH,

    Plaintiff,

    v.

CITY OF COTATI, et al.,

    Defendants.

Case No. 15-cv-00350-VC

**REQUEST FOR FURTHER BRIEFING**

Re: Dkt. No. 38

Defendants have moved for summary judgment on both of Barich's First Amendment claim – including the claim arising out of allegations that Defendants violated Barich's First Amendment right to call government officials "liars." It is not clear from the papers, however, whether Barich intends to oppose Defendants' motion for summary judgment with respect to this claim. Accordingly, the Court requests a supplemental brief from Barich, not to exceed 10 pages, explaining whether he opposes Defendants' motion with respect to this claim, and – if so – identifying all evidence on which he relies in opposition to the motion. Barich's supplemental brief is due by Friday, October 9, 2015 at 8 p.m. If Defendants wish to respond, their response is due by Tuesday, October 13, 2015 at 3 p.m.

**IT IS SO ORDERED.**

Dated: October 8, 2015

_____
VINCE CHHABRIA
United States District Judge